IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Sarah Halcomb, | Case No. 3:13 CV 2197 |
| Plaintiff, | MEMORANDUM OPINION AND ORDER ADOPTING |
| -vs- | MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| Commissioner of Social Security, | |
| | JUDGE JACK ZOUHARY |
| Defendant. | |

Plaintiff Sarah Halcomb ("Halcomb") timely filed a Complaint (Doc. 1) against the Commissioner of Social Security, seeking judicial review of the Commissioner's decision to deny her continued disability insurance benefits ("DIB"). Halcomb, now an adult, received disability benefits as a child. Halcomb was re-evaluated after she became an adult, and Defendant found her no longer disabled. This Court has jurisdiction under 42 U.S.C. § 405(g).

This case was referred to Magistrate Judge Vecchiarelli for a Report and Recommendation ("R&R") pursuant to Local Rule 72.2(b)(1). Following briefing (Docs. 15, 20 & 23), the Magistrate Judge issued an R&R, recommending this Court affirm the final decision of the Commissioner denying Halcomb continued DIB (Doc. 24).

This matter is now before this Court on Halcomb's Objection to the R&R (Doc. 25) and Defendant's Response (Doc. 26). All of the arguments raised in Halcomb's Objection were previously raised in her briefs on the merits and addressed in the R&R (*compare* Doc. 15 at 11–15,

*with* Doc. 25 at 3–6, *and* Doc. 24 at 20–23; *compare* Doc. 15 at 23–25, *with* Doc. 25 at 1–3, 7, *and* Doc. 24 at 23–25).

Pursuant to *Hill v. Duriron Co.*, 656 F.2d 1208 (6th Cir. 1981) and 28 U.S.C. § 636(b)(1)(B) & (C), this Court has made a *de novo* determination of the Magistrate Judge's findings. This determination included a review of the administrative record and the hearing before the Administrative Law Judge. Because the R&R accurately discusses record facts and correctly applies the law to Halcomb's claim, this Court adopts the R&R in full and rejects Halcomb's re-raised arguments for the reasons contained in the R&R.

This Court rejects Halcomb's Objection (Doc. 25) and adopts the R&R (Doc. 24). The claim for benefits is denied and this case is dismissed.

IT IS SO ORDERED.

      s/ *Jack Zouhary*
      JACK ZOUHARY
      U. S. DISTRICT JUDGE

November 25, 2014